UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LAUREN CROWDER, individually
and on behalf of similarly situated
class members

        Plaintiff,

v.                                Case No: 2:19-cv-820-SPC-NPM

ANDREU, PALMA, LAVIN &
SOLIS, PLLC,

        Defendant.
                                 /

## ORDER[1]

Before the Court is the briefing on Defendant's Motion for Summary Judgment (Doc. 65). In support of summary judgment, Defendant filed Plaintiff's deposition (Doc. 65-5). The copy included on the docket, however, contains a misfiled exhibit (Exhibit 2). (Doc. 65-5 at 67-68). It appears Exhibit 3 from the deposition was included as an attachment in the electronic copy twice. If Defendant or Plaintiff would like the Court to consider Exhibit 2 from Plaintiff's deposition, they must file it as a supplemental exhibit.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Accordingly, it is now

**ORDERED:**

If either party intends the Court to consider the identified exhibit, it must be filed as a supplemental exhibit **on or before March 31, 2021**.

**DONE** and **ORDERED** in Fort Myers, Florida on March 29, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record